UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER M. SCALES,

Plaintiff,

v.

VINCE GOLDSMITH, *et al.*,

Defendants.

Case No. C08-5480BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Kelley Arnold, United States Magistrate Judge (Dkt. 16). The Court having considered the Report and Recommendation, the parties' failure to file objections, and the remaining record, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) Defendants' motion to dismiss (Dkt. 14) is **DENIED WITHOUT PREJUDICE**. Plaintiff is directed to file an amended complaint no later than February 23, 2009.

DATED this 20th day of January, 2009.

BENJAMIN H. SETTLE
United States District Judge

ORDER