UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER M. SCALES,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>VINCE GOLDSMITH, *et al.*,<br><br>　　　　　　　　　　Defendants. | No. 08-5480BHS/JRC<br><br>ORDER |

This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4.

Before the court is plaintiff's motion asking for clarification of the scheduling order (Dkt. # 37). The motion is in letter form and there is nothing in the file showing the motion was served on opposing counsel. Local Rule 7 (b) mandates that papers be served on opposing counsel. The request for clarification will not be considered by the court until and unless Plaintiff complies with the court rules.

//

ORDER - 1

1 | The Clerk of Court is directed to send a copy of this Order to plaintiff, remove Dkt. # 37
2 | from the court's calendar.
3 | Dated this 14th day of October, 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2