UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER M. SCALES, <br><br> Plaintiff, <br><br> v. <br><br> MARY SCOTT, <br><br> Defendant. | CASE NO. C08-5480BHS/JRC <br><br> ORDER |

This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates Judges' Rules MJR 1, MJR 3, and MJR 4. The matter is before the Court on plaintiff's motion for an extension of time to conduct discovery (Dkt. # 39). Defendant opposes any further extension of time and states that discovery has either been provided or is not yet due (Dkt. # 40).

Defendant Scott is ORDERED to provide the court with complete copies of all the discovery responses made by defendants to plaintiff in this case by **December 4, 2009**. The court will not consider the pending motion for summary judgment or the motion to compel until it has reviewed the discovery responses provided to plaintiff.

ORDER - 1

The summary judgment motion, (Dkt. # 28), and the motion to compel are re-noted for **December 18, 2009**. The clerk's office is directed to remove, send a copy of this order to plaintiff and re-note (Dkt. # 28 and 39) for **December 18, 2009**.

DATED this 16th day of November, 2009.

J. Richard Creatura
United States Magistrate Judge