UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER M. SCALES, | |
| Plaintiff, | |
| v. | CASE NO. C08-5480BHS/JRC |
| MARY SCOTT, | ORDER |
| Defendant. | |

This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates Judges' Rules MJR 1, MJR 3, and MJR 4.

On November 16, 2009, the court entered an order that required Defendant Scott to provide to the court copies of the discovery responses given to plaintiff. The defendant has responded, but provided only part of the information the court requested (Dkt. # 44). Defendants did not provide a copy of all written responses to the interrogatories and requests for production. Instead, it appears that defendant has only produced first and last pages of the responses and copies of the documents sent to plaintiff. To clarify, this court is ordering that defendant produce

ORDER - 1

everything – written responses and documents – provided in response to plaintiffs discovery. The court also orders that counsel for the defendant verify that the response is complete.

The court orders that the Defendant Scott will have until **December 4, 2009**, to provide these documents and the signed verification to the court.

The summary judgment motion, (Dkt. # 28), and the motion to compel remain noted for December 18, 2009. The clerk's office is directed to send a copy of this order to plaintiff and to note the **December 4, 2009** deadline on the court's calendar.

DATED this 25th day of November, 2009.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge