UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER M, SCALES,<br><br>                       Plaintiff,<br>    v.<br><br>VINCE GOLDSMITH, *et al.*,<br><br>                       Defendants. | No. 08-5480BHS/JRC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO CONDUCT DISCOVERY |

This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4.

On November 30, 2009, the court received copies of some, if not all, the discovery provided to the plaintiff in this action. After review of those documents the court DENIES plaintiff's motion for an extension of time to conduct further discovery (Dkt # 39). The summary judgment motion filed by defendant Scott, (Dkt. # 28), remains noted for December 18, 2009.

The Clerk of Court is directed to send a copy of this Order to plaintiff.

Dated this 10th day of December, 2009.

                                                                      /s/ J. Richard Creatura<br>
                                                                      J. Richard Creatura<br>
                                                                      United States Magistrate Judge

ORDER - 1