UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER M, SCALES,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>VINCE GOLDSMITH, *et al.*,<br><br>　　　　　　　　Defendants. | No. 08-5480BHS/JRC<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED |

This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4.

On November 30, 2009, the court entered an order directing defendant Scott to provide all discovery and written responses to discovery that had been provided to the plaintiff (Dkt. # 46). The court specifically ordered counsel to provide verification that the response was complete and included everything (Dkt. # 46).

In response to this order, the court received copies of interrogatories and requests for production along with the responses (Dkt. # 47). A praecipe accompanies this filing directing that certain documents replace prior filings and stating that some pages were mistakenly not

ORDER - 1

included in the earlier discovery filings. There is no verification from counsel that the responses are complete. Counsel has failed to fully comply with a Court Order.

Counsel will have until December 18, 2009, to show cause why sanctions should not be imposed for failing to fully comply with the court's November 30, 2009 Order.

The Clerk of Court is directed to send a copy of this Order to plaintiff, and note the December 18, 2009, due date on the court's calendar.

Dated this 10th day of December, 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2