UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER SCALES,<br><br>    Plaintiff,<br><br>    v.<br><br>MARY SCOTT,<br><br>    Defendant. | CASE NO. C08-5480BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 56). The Court having considered the Report and Recommendation and the remaining record, and no objections by Plaintiff having been filed, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) This action is **DISMISSED** with prejudice because Plaintiff has not pleaded facts sufficient to survive Defendant's motion for summary judgment. *See* Fed. R. Civ. P. 56(c).

DATED this 3rd day of January, 2010.

                                              BENJAMIN H. SETTLE
                                              United States District Judge

ORDER