AO 450 (Rev. 5/85) Judgment in a Civil Case  ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHRISTOPHER SCALES

        v.

MARY SCOTT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5480BHS

__     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

This action is **DISMISSED** with prejudice because Plaintiff has not pleaded facts sufficient to survive Defendant's motion for summary judgment. *See* Fed.R.Civ.P. 56(c).


   February 4, 2010                                                      BRUCE RIFKIN
Date                                                                        Clerk

                                                                                         *s/CM Gonzalez*
                                                                                         Deputy Clerk